UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

SALVATORE PUGLISI, DAWN PUGLISI,

                                    Plaintiffs,          **ORDER OF**
                                                         **DISMISSAL**
          v.
                                                         **03-CV-124A(F)**

UNITED MARINE INTERNATIONAL, LLC.,
LIQUID WASTE TECHNOLOGY, INC.,

                                    Defendants.

          The court having been advised by the counsel for the parties that the above action

has been settled;

          It is ORDERED that this action is hereby dismissed without costs and on the merits,

but without prejudice to the right, upon good cause shown within 30 days to reopen this

action if settlement is not consummated.


                              _____
                                    RICHARD J. ARCARA
                              UNITED STATES DISTRICT JUDGE


Dated:          January 3, 2006
                Buffalo, New York